UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOROTHY C. GIESEKE, et al.,

    Plaintiffs,

v.

BANK OF AMERICA, N.A., et al.,

    Defendants.

Case No. 13-cv-04772-JST

**ORDER VACATING MOTION HEARINGS**

Re: ECF Nos. 7, 8 & 10

Before the Court are two motions to dismiss and a motion to expunge a *lis pendens*. ECF Nos. 7, 8, 10. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matters suitable for disposition without oral argument. The hearings on these motions, currently scheduled for January 2 and January 9, are hereby VACATED.

However, if any party advises the Court in writing by no later than two days from the date of this Order that most or all of the argument for its side will be conducted by a lawyer who has been licensed to practice law for four or fewer years, and who has not previously presented argument before this Court, then the Court will reschedule the hearing at a time that is convenient to all parties in order to provide that opportunity. Any such notice should reflect the date or dates on which the parties are available for the hearing.

**IT IS SO ORDERED**.

Dated: December 18, 2013

JON S. TIGAR
United States District Judge