UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY C. GIESEKE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.,<br><br>    Defendants. | Case No. 13-cv-04772-JST<br><br>**ORDER GRANTING EXTENSION OF TIME**<br><br>Re: ECF No. 69 |

    On November 11, 2016, the parties filed a stipulated request for an extension of time for Plaintiffs to file a response to Defendants' Motion to Dismiss, and a corresponding extension of time for Defendants to file a reply. ECF No. 69. The deadline for Plaintiffs to respond to Defendants' Motion to Dismiss shall be extended up to and including December 1, 2016. The deadline for Defendants to file a reply to Plaintiff's Response shall be December 8, 2016.

    IT IS SO ORDERED.

Dated: November 16, 2016

                                                                       JON S. TIGAR<br>                                                                  United States District Judge