Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California 92101
Tel: 619-807-2628
Fax: 866-575-7413
Email: cmarshall@marshallestatelaw.com
Attorney for Plaintiffs

DOROTHY C. GIESEKE and
DONALD GIESEKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY C. GIESEKE and DONALD GIESEKE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SPECIALIZED LOAN SERVICING LLC and US BANK, N.A., as Trustee for THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-D<br>Defendant(s). | Case No.: 13-cv-04772-JST<br><br>**STIPULATION OF DISMISSAL** |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, DOROTHY C. GIESEKE and DONALD GIESEKE, and Defendants, BANK OF AMERICA, N.A., and US BANK, N.A., as Trustee for THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-D (collectively the "Parties") by and through their attorneys, hereby stipulate and agree as follows:

1. Plaintiffs' DOROTHY C. GIESEKE and DONALD GIESEKE's Complaint is hereby dismissed.

STIPULATION OF DISMISSAL
1

    2. Parties per settlement agreement hereby agree to dismiss BANK OF AMERICA, N.A., and US BANK, N.A., as Trustee for THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-D with prejudice, disposing of the entire case.

    3. The Parties shall bear their own attorneys' fees and costs in connection with the above-referenced action.

Dated: February 9, 2017        LAW OFFICES OF CHARLES T. MARSHALL

/s/ Charles T. Marshall
Charles T. Marshall
Attorneys for Plaintiffs
DOROTHY C. GIESEKE and
DONALD GIESEKE

DATED: February 8, 2017        SEVERSON AND WERSON

By: /s/ Brian S. Whittemore
Brian S. Whittemore
Attorneys for Defendants,
BANK OF AMERICA, N.A., and US BANK, N.A., as Trustee for THE CERTIFICATEHOLDERS OF
BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-D

**STIPULATION OF DISMISSAL**
2

**[PROPOSED] ORDER**

The Court, having reviewed the stipulation of DOROTHY C. GIESEKE and DONALD GIESEKE, and Defendants, BANK OF AMERICA, N.A., and US BANK, N.A., as Trustee for THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-D, and good cause appearing, hereby orders as follows:

1. Plaintiffs DOROTHY C. GIESEKE and DONALD GIESEKE's Complaint is hereby dismissed.
2. Parties hereby per settlement agreement dismiss BANK OF AMERICA, N.A., and US BANK, N.A., as Trustee for THE CERTIFICATEHOLDERS OF BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-D with prejudice, disposing of the entire case.
3. The Parties shall bear their own attorneys' fees and costs in connection with the above-referenced action.

**IT IS SO ORDERED.**

Dated: February 9, 2017

_____
Honorable United States Judge
Northern District of California

STIPULATION OF DISMISSAL
3